No. 04-02-00318-CV



IN RE Timothy Todd GOSNELL



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Sarah B. Duncan, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: May 15, 2002


PETITION FOR WRIT OF MANDAMUS DENIED


 The court has considered relator's petition for writ of mandamus, and is of the opinion that
relief should be denied. See Tex. R. App. P. 52.8(a). Accordingly, relator's petition for writ of
mandamus is denied. 

 The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record,
the trial court judge, and the trial court clerk.

 PER CURIAM

Do not publish
1. This proceeding arises out of Cause No. 1999-CR-0230, styled The State of Texas v. Timothy Todd Gosnell,
in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary Román presiding.